IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON TIPTON, | ) | |
| | ) | Civil Action No. 2:24-cv-00156 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | HON. CHRISTOPHER B. BROWN |
| ALLEGHENY COUNTY, | ) | |
| LORI SCHULTZ, ESTHER STANTON, | ) | |
| SANDRA SIMMS, JOHN/JANE | ) | |
| DOE(S) 1, ASHLEY BRINKMAN, | ) | |
| RENEE MADDEN, ORLANDO | ) | |
| HARPER, FNU D'ANGELO, | ) | |
| FNU TURNER, JOHN/JANE | ) | |
| DOE(S) 2, and HUNTER SARVER, | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed. |

## PRAECIPE TO ISSUE SUMMONS

To the Clerk of Courts:

    Kindly issue the Summons in a Civil action in the above-captioned case as attached hereto.

                                                Respectfully submitted,

                                                LAW OFFICES OF JOEL SANSONE

                                                s/ Joel S. Sansone
                                                Joel S. Sansone, Esquire
                                                PA ID No. 41008
                                                Massimo A. Terzigni, Esquire
                                                PA ID No. 317165
                                                Elizabeth A. Tuttle, Esquire
                                                PA ID No. 322888
                                                *Counsel for Plaintiff*

                                                Law Offices of Joel Sansone
                                                Two Gateway Center, Suite 1290
                                                603 Stanwix Street
                                                Pittsburgh, Pennsylvania 15222
                                                412.281.9194

Dated: August 22, 2024