IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON TIPTON,<br><br>        Plaintiff,<br><br>vs.<br><br>LORI SCHULTZ, ESTHER STANTON, SANDRA SIMMS, JOHN/JANE DOE(S) 1, ASHLEY BRINKMAN, RENEE MADDEN, ORLANDO HARPER, FNU D'ANGELO, FNU TURNER, HUNTER SARVER, JOHN/JANE DOE(S) 2, ALLEGHENY COUNTY,<br><br>        Defendants. | 2:24-cv-0156<br><br>Hon. J. Nicholas Ranjan<br><br>Magistrate Judge Christopher B. Brown |

## MEMORANDUM ORDER

This is a prisoner civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation filed by Judge Brown on February 14, 2025, recommending that "(1) the motion filed by the County Defendants [ECF 33] be granted in part and denied in part. The motion be granted to the extent Tipton has brought an ADA claim against the County Defendants in their individual capacities. In all other respects, the motion be denied, and (2) the motion filed by Defendants Stanton and Simms [ECF 37] be granted in part and denied in part. The motion be granted without objection to the ADA claims against Defendants Stanton and Simms. In all other respects, the motion be denied." ECF 80.

The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due by February 28, 2025. No objections were filed.

Upon a clear error review of the record of this matter and the Report & Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 12th day of March, 2025, it is hereby **ORDERED** that Judge Brown's Report & Recommendation, ECF 80, is **ADOPTED** as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge